# Hillel I. Parness

(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002
Parness Law Firm, PLLC • www.hiplaw.com • hip@hiplaw.com
136 Madison Avenue, 6th Floor • New York, New York 10016

March 23, 2020                                                                                     VIA FEDEX

Clerk's Office - Civil
United States District Court
 for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314



      Re:    Request for Registration of Foreign Judgment

Dear Sir or Madam:

I am counsel to Held & Hines, LLP in the matter of Held & Hines, LLP v. Hussain, 16-cv-5273 (S.D.N.Y.). On September 27, 2019, the Court issued a Final Judgment in the matter in favor of Held & Hines, LLP. We are writing to request that you register that Judgment with this Court so that it may be served by the U.S. Marshalls within the Eastern District of Virginia.

Enclosed please find an original Clerk's Certification of a Judgment to be Registered in Another District (AO 451), completed and executed by the Clerk, United States District Court for the Southern District of New York. Also enclosed please find a check to the Clerk in the amount of $47.00 to cover the filing fees of the registration.

Thank you very much for your assistance. If there are any issues or questions, I can be reached by email (hip@hiplaw.com) or cell phone (646-526-8261).

Respectfully submitted,

Hillel I. Parness

Enclosures